IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT DESHIELDS      :      CIVIL ACTION

v.      :

HARRY E. WILSON, et al.      :      NO. 07-4213

### ORDER

AND NOW, this 13 day of Feb, 2008, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief Magistrate Judge Thomas J. Rueter, and objections filed, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
BERLE M. SCHILLER,            J.